FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 22 2011

JAMES W. McCORMACK, CLERK
By:_____
              DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE M. AKIN                                                                PLAINTIFF

VS.                    CASE NO. 2011-4:11 cv 67 BRW

RLJ-MCLARTY-LANDERS AUTOMOTIVE
HOLDINGS, LLC; MCLARTY LANDERS, LLC;
LANDERS MCLARTY BENTONVILLE
FORD, LLC; and LANDERS MCLARTY
BENTONVILLE, LLC                                                                 DEFENDANTS.

### AGREED ORDER EXTENDING DEADLINE
### TO COMPLETE DISCOVERY AND DEADLINE FOR DISPOSITIVE MOTIONS

On this day come the parties to this action, Plaintiff Stephanie Akin, appearing by and through her attorney, Hixson & Daniels, PLLC, and the Defendants, RLJ-McLarty Landers Automotive Holdings, LLC; McLarty Landers, LLC; Landers McLarty Bentonville Ford, LLC; and Lander McLarty Bentonville, LLC, appearing by and through their attorneys, James, Carter & Coulter, PLC, and based on the Plaintiff's and Defendants' agreement, the parties stipulate and agreed to modify certain deadlines set forth in the Court's Final Scheduling Order as follows:

1. The deadline for the parties to complete discovery, which was originally set for October 19, 2011, is hereby extended to November 11, 2011; and

2. The deadline for the parties to file dispositive motions, which was originally set for November 3, 2011, is hereby extended to December 1, 2011.

IS IT SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SEPTEMBER 21, 2011
DATE

1

AGREED AND APPROVED FOR ENTRY:

HIXSON & DANIELS, PLLC
133 W. Sunbridge Drive
Fayetteville, AR 72703
(479) 521-7000

/s/ Alanna M. Fairrell
Alanna M. Fairrell (2008153)
Attorneys for Plaintiff

JAMES, CARTER & COULTER
500 Broadway, Suite 400
Little Rock, AR 72203
(501) 372-1414

/s/ Daniel R. Carter
Daniel R. Carter (80023)
Attorneys for Defendants