Case 4:11-cv-00067-JLH Document 24 Filed 09/22/11 Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 22 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE M. AKIN                                          PLAINTIFF

VS.                    CASE NO. 2011-4:11 cv 67 BRW

RLJ-MCLARTY-LANDERS AUTOMOTIVE
HOLDINGS, LLC; MCLARTY LANDERS, LLC;
LANDERS MCLARTY BENTONVILLE
FORD, LLC; and LANDERS MCLARTY
BENTONVILLE, LLC                                           DEFENDANTS.

### AGREED ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY AND DEADLINE FOR DISPOSITIVE MOTIONS

On this day come the parties to this action, Plaintiff Stephanie Akin, appearing by and through her attorney, Hixson & Daniels, PLLC, and the Defendants, RLJ-McLarty Landers Automotive Holdings, LLC; McLarty Landers, LLC; Landers McLarty Bentonville Ford, LLC; and Lander McLarty Bentonville, LLC, appearing by and through their attorneys, James, Carter & Coulter, PLC, and based on the Plaintiff's and Defendants' agreement, the parties stipulate and agreed to modify certain deadlines set forth in the Court's Final Scheduling Order as follows:

1. The deadline for the parties to complete discovery, which was originally set for October 19, 2011, is hereby extended to November 11, 2011; and

2. The deadline for the parties to file dispositive motions, which was originally set for November 3, 2011, is hereby extended to December 1, 2011.

IS IT SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SEPTEMBER 21, 2011
DATE

AGREED AND APPROVED FOR ENTRY:

HIXSON & DANIELS, PLLC
133 W. Sunbridge Drive
Fayetteville, AR 72703
(479) 521-7000

/s/ Alanna M. Fairrell
Alanna M. Fairrell (2008153)
Attorneys for Plaintiff

JAMES, CARTER & COULTER
500 Broadway, Suite 400
Little Rock, AR 72203
(501) 372-1414

/s/ Daniel R. Carter
Daniel R. Carter (80023)
Attorneys for Defendants