FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 1 4 2011

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE M. AKIN                      PLAINTIFF

VS.           CASE NO. 2011-4:11 cv 67 BRW

RLJ-MCLARTY-LANDERS AUTOMOTIVE
HOLDINGS, LLC; MCLARTY LANDERS, LLC;
LANDERS MCLARTY BENTONVILLE
FORD, LLC; and LANDERS MCLARTY
BENTONVILLE, LLC                                           DEFENDANTS.

### AGREED ORDER EXTENDING DEADLINE TO COMPLETE DISCOVERY

On this day come the parties to this action, Plaintiff Stephanie Akin, appearing by and through her attorney, Hixson & Daniels, PLLC, and the Defendants, RLJ-McLarty Landers Automotive Holdings, LLC; McLarty Landers, LLC; Landers McLarty Bentonville Ford, LLC; and Lander McLarty Bentonville, LLC, appearing by and through their attorneys, James, Carter & Coulter, PLC, and based on the Plaintiff's and Defendants' agreement, the parties stipulate and agreed to modify certain deadlines set forth in the Court's Final Scheduling Order and the Agreed Order Extending Deadline to Complete Discovery and to File Dispositive Motions as follows:

1. The deadline for the parties to complete discovery, which was originally set for October 19, 2011, was extended to November 11, 2011 by Order of this Court.

2. The parties have tried in good faith to comply with said discovery deadline, however, the parties have been unable to complete discovery by the deadline of November 11, 2011, due to the unavailability of certain witnesses for deposition.

3. By agreement of the parties, the deadline for the parties to complete discovery is hereby extended to November 18, 2011.

4. The deadline for the parties to file dispositive motions shall remain set at December 1, 2011.

IS IT SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

_November 14, 2011_
DATE

AGREED AND APPROVED FOR ENTRY:

HIXSON & DANIELS, PLLC
133 W. Sunbridge Drive
Fayetteville, AR 72703
(479) 521-7000

/s/ Alanna M. Fairrell
Alanna M. Fairrell (2008153)
Attorneys for Plaintiff

JAMES, CARTER & COULTER
500 Broadway, Suite 400
Little Rock, AR 72203
(501) 372-1414

/s/ Daniel R. Carter
Daniel R. Carter (80023)
Attorneys for Defendants