**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

STEPHANIE M. AKIN                                                                                           PLAINTIFF

v.                                            NO. 4:11CV00067 JLH

RLJ-MCLARTY-LANDERS AUTOMOTIVE
HOLDINGS, LLC; MCLARTY LANDERS,
LLC; LANDERS MCLARTY
BENTONVILLE FORD, LLC; and
LANDERS MCLARTY BENTONVILLE, LLC                                            DEFENDANTS

## ORDER

The defendants' motion for extension of time, up to and including December 6, 2011, within which to file dispositive motions is GRANTED without objection. Document #32.

IT IS SO ORDERED this 29th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE