**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

STEPHANIE M. AKIN                                                                                                      PLAINTIFF

v.                                              NO. 4:11CV00067 JLH

RLJ-MCLARTY-LANDERS AUTOMOTIVE
HOLDINGS, LLC; MCLARTY LANDERS,
LLC; LANDERS MCLARTY
BENTONVILLE FORD, LLC; and
LANDERS MCLARTY BENTONVILLE, LLC                                          DEFENDANTS

## ORDER

The joint motion to dismiss is granted. Document #38. This action is dismissed with prejudice, with each party to bear that party's own costs and attorneys' fees.

IT IS SO ORDERED this 3rd day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE