IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEPHANIE M. AKIN                                                                    PLAINTIFF

v.                                    NO. 4:11CV00067 JLH

RLJ-MCLARTY-LANDERS AUTOMOTIVE
HOLDINGS, LLC; MCLARTY LANDERS,
LLC; LANDERS MCLARTY
BENTONVILLE FORD, LLC; and
LANDERS MCLARTY BENTONVILLE, LLC                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January, 2012.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE